R. BRIAN DIXON, Bar No. 76247
LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.743.6665
Email: bdixon@littler.com

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACHLAN WATERBURY, KEN FAROTTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEWAY INC., and DOES 1-25, inclusive,<br><br>Defendants. | Case No. C-06-02072 SBA<br><br>**DEFENDANT SAFEWAY INC.'S STATEMENT REGARDING STATUS OF RELATED LITIGATION** |

As requested by the Court, Defendant Safeway Inc. ("Defendant") hereby submits this statement regarding the status of two cases which are closely related to the pending litigation.

This action is stayed because of a similar class action in Los Angeles County Superior Court, *Knoch v. Safeway Inc. et al.*, Los Angeles Superior Court Case No. BC 278726 ("*Knoch I*") and its related case *Knoch v. Safeway Inc. et al.*, Los Angeles Superior Court Case No. BC 277481 ("*Knoch II*"). The *Knoch I* lawsuit was filed on July 31, 2002, and a First Amended Complaint was filed on October 17, 2002, on behalf of a purported class, which includes assistant managers. *Knoch I* alleges causes of action for (1) unlawful nonpayment of overtime compensation, (2) failure to compensate for all hours worked, (3) unfair business practices under California Business and Professions Code section 17200, (4) failure to pay wages upon discharge, and (5) conversion. The *Knoch I* lawsuit was previously deemed related to the *Knoch II* lawsuit, filed on July 11, 2002 on behalf of a purported class, which includes assistant managers, and alleges, *inter alia*, that Defendant made unlawful deductions from the wages of putative class members by reducing their bonuses.

Plaintiffs have filed motions to certify the proposed classes in both cases and Defendant has filed a motion to deny certification. Most recently, on January 8, 2007, Defendant filed its oppositions to Plaintiffs' Motions to Certify Classes (while the *Knoch I* and *Knoch II* cases are consolidated, Plaintiffs made separate motions on the bonus and overtime claims). In addition, Plaintiffs filed their opposition to Defendant's Motion to Deny Class Certification. Reply briefs as to Plaintiffs' Motions to Certify and Defendant's Motion to Deny Certification will be filed on January 22, 2007. The hearing on class certification is set for February 6, 2007.

///
///
///
///
///
///
///
///

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT SAFEWAY'S STATUS UPDATE       2.       Case No. C 06-02072 SBA

1  Defendant respectfully suggest that a further update be provided on February 28,
2  2007, by which date the Court before which the *Knoch* cases are pending will likely have ruled on
3  the pending motions.

Dated: January 10, 2007

*Laura Hayward*
LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SAFEWAY INC.

Firmwide:81894309.1 001153.1523



IT IS SO ORDERED
*James Larson*
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT SAFEWAY'S STATUS UPDATE        3.        Case No. C 06-02072 SBA