R. BRIAN DIXON, Bar No. 76247
LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.743.6665
Email:         bdixon@littler.com

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACHLAN WATERBURY, KEN FAROTTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEWAY INC., and DOES 1-25, inclusive,<br><br>Defendants. | Case No.  C-06-02072 SBA<br><br>**DEFENDANT SAFEWAY INC.'S UPDATED CASE MANAGEMENT STATEMENT**<br><br>Judge:    James Larson<br>Dept.:     F<br>Date:     February 20, 2008<br>Time:    10:30 a.m. |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DEFENDANT SAFEWAY'S STATUS UPDATE        Case No.  C 06-02072 SBA

As requested by the Court, Defendant Safeway Inc. ("Defendant") hereby submits this updated case management statement in advance of the conference scheduled for February 20, 2008.

This action is currently stayed because of a similar action pending in Los Angeles County Superior Court, *Knoch v. Safeway Inc. et al.*, Los Angeles Superior Court Case No. BC 278726 ("*Knoch I*") and its related case *Knoch v. Safeway Inc. et al.*, Los Angeles Superior Court Case No. BC 277481 ("*Knoch II*").

On July 31, 2007, the Los Angeles Superior Court indicated that it would deny Plaintiffs' Motion to Certify an Overtime Class in *Knoch I*, but requested that Defendant prepare and submit a detailed order. Accordingly, Defendant requested a copy of the transcript of the proceedings. After a long delay, Defendant received the transcript and is in the process of finalizing the requested Order for submission to the Court. Plaintiff's counsel, in the related case, *Knoch II*, has withdrawn Plaintiff's Motion for Class Certification with respect to the Bonus claims at issue in that case.

Plaintiff Ken Farotte's Alameda County Superior Court action, *Farotte v. Safeway, Inc. et al.*, Alameda County Superior Court Case No. RG 05205915, also remains stayed at this time.

Defendant respectfully requests that the Court set a further case management conference in 60 days at which time the order denying class certification in the *Knoch I* should be signed.

Dated: February 14, 2008

IT IS SO ORDERED
Judge James Larson

LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SAFEWAY INC.

Firmwide:84291956.1 001537.1523

The Case Management Conference has been continued to April 23, 2008 at 10:30 am

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DEFENDANT SAFEWAY'S STATUS UPDATE   2.   Case No. C 06-02072 SBA