| | |
|---|---|
| 1 | Scott Edward Cole, Esq. (S.B. #160744) |
| | Matthew R. Bainer, Esq. (S.B. #220972) |
| 2 | **SCOTT COLE & ASSOCIATES, APC** |
| | 1970 Broadway, Ninth Floor |
| 3 | Oakland, California 94612 |
| | Telephone: (510) 891-9800 |
| 4 | Facsimile: (510) 891-7030 |
| | web: www.scalaw.com |
| 5 | |
| 6 | Attorneys for Representative Plaintiff and the Plaintiff Class |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LACHLAN WATERBURY, individually, and on behalf of all others similarly situated, | Case No.: C 06 02072 ~~SBA~~ (JL) |
| | **CLASS ACTION** |
| Plaintiff, | **CASE MANAGEMENT CONFERENCE STATEMENT** |
| vs. | |
| SAFEWAY, INC., | |
| Defendants. | |

Plaintiff Lachlan Waterbury hereby submits the following Case Management Conference Statement in the above-referenced matter.

A similar action is pending in Los Angeles County Superior Court, *Knoch v. Safeway, Inc.*, Los Angeles Superior Court Case No. BC 278726 ("*Knoch I*") and its related case *Knoch v. Safeway, Inc.*, Los Angeles Superior Court Case No. BC 277481 ("*Knoch II*"). Presently, Plaintiff continues to wait for the *Knoch* Court to issue its Order on class certification for purposes of determining how to proceed with litigation in the instant action.

Accordingly, Plaintiff suggests that the presently scheduled Case Management Conference be vacated and a further Case Management Conference be set for 60 days from now.

Dated: April 17, 2008

**SCOTT COLE & ASSOCIATES, APC**

By: /s/ Matthew R. Bainer
Matthew R. Bainer, Esq.
Attorneys for the Representative Plaintiff
and the Plaintiff Class

The Case Management Conference has been continued to June 25, 2008 at 10:30 a.m.

April 21, 2008

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800