Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACHLAN WATERBURY, individually, and on behalf of all others similarly situated, <br><br>                Plaintiff, <br>vs. <br><br>SAFEWAY, INC., <br><br>                Defendants. | Case No.: C 06 02072 SBA (JL) <br><br>**CLASS ACTION** <br><br>**CASE MANAGEMENT CONFERENCE STATEMENT** |

Plaintiff Lachlan Waterbury hereby submits the following Case Management Conference Statement in the above-referenced matter.

This action is currently stayed because of a similar action pending in Los Angeles County Superior Court, *Knoch v. Safeway Inc., et al.*, Los Angeles Superior Court Case No. BC 277481 ("*Knoch I*") and its related case *Knoch v. Safeway Inc., et al.*, Los Angeles Superior Court case No. BC 278726 ("*Knoch II*").

On July 31, 2007, the Los Angeles Superior Court indicated that it would deny Plaintiff's Motion to Certify an Overtime Class in the *Knoch* cases. Plaintiff Waterbury continues to wait for the Court to issue its Order in the *Knoch* cases for purposes of determining how to proceed with litigation in the instant action.

Plaintiff respectfully requests that the presently scheduled Case Management Conference be vacated and a further Case Management Conference be set for 60 days from now.

Dated: June 18, 2008

**SCOTT COLE & ASSOCIATES, APC**

By: /s/ Matthew R. Bainer
Matthew R. Bainer, Esq.
Attorneys for the Representative Plaintiff
and the Plaintiff Class

The Case Management Conference has been continued to August 27, 2008 at 10:30 a.m. in Courtroom F.

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA