Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Kevin R. Allen, Esq. (S.B. #237994)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web:  www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHER DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LACHLAN WATERBURY, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>SAFEWAY, INC.,<br>　　　　　　　Defendants. | Case No.: C 06 02072 SBA (JL)<br><br>**CLASS ACTION**<br><br>**STIPULATION BY ALL PARTIES CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**[PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:**

The parties hereby agree to continue the Status Conference in the above action from 10:30 a.m. on October 29, 2008 to 10:30 a.m. on November 12, 2008 and submit the attached proposed Order for the Court's signature.

I, Kevin R. Allen, attest that I have obtained concurrence from Laura Hayward in the filing of this Stipulation Continuing Case Management Conference and [Proposed] Order. *See* N.D. Cal. General Order 45 § 10(B).

---
- 1 -
Stipulation Continuing Case Management Conference and [Proposed] Order

| | |
|---|---|
| 1 | Dated: October 24, 2008 |
| 2 | **SCOTT COLE & ASSOCIATES, APC** |

By:  /s/ Kevin. R. Allen
Kevin R. Allen, Esq.
Attorneys for the Representative Plaintiff
and the Plaintiff Class

Dated: October 24, 2008

**LITTLER MENDELSON, APC**

By:  /s/ Laura Hayward
Brian Dixon, Esq.
Laura Hayward, Esq.
Attorneys for the Defendant Safeway, Inc.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

**ORDER**

GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Case Management Conference is continued from 10:30 a.m. on October 29, 2008 to 10:30 a.m. on November 12, 2008.

Dated: October 27, 2008

_____
CHIEF MAGISTRATE JUDGE JAMES LARSON