1  R. BRIAN DIXON, Bar No. 76247
   LAURA E. HAYWARD, Bar No. 204014
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940
   Facsimile: 415.743.6665
5  Email: bdixon@littler.com

6  Attorneys for Defendant
   SAFEWAY INC.
7
   SCOTT EDWARD COLE, Bar No. 160744
8  MATTHEW R. BAINER, Bar No. 220972
   KEVIN R. ALLEN, Bar No. 237994
9  SCOTT COLE & ASSOCIATES, APC
   1970 Broadway, Suite 950
10 Oakland, CA 94612
   Telephone: 510.891.9800
11 Facsimile: 510.891-7030
   Web: www.scalaw.com
12
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACHLAN WATERBURY, KEN FAROTTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEWAY INC., and DOES 1-25, inclusive,<br><br>Defendants. | Case No. C-06-02072 JL<br><br>**JOINT UPDATED CASE MANAGEMENT STATEMENT**<br><br>Judge: James Larson<br>Dept.: F<br>Date: December 17, 2008<br>Time: 10:30 a.m. |

JOINT CASE MANAGEMENT STATEMENT                                    Case No. C 06-02072 JL

As requested by the Court, Plaintiffs and Defendant Safeway Inc. ("Defendant") hereby submit this updated joint case management statement in advance of the conference scheduled for December 17, 2008.

The parties have stipulated that Plaintiffs' counsel may seek to add Plaintiff Lachlan Waterbury to a state court action now pending before the Alameda County Superior Court, entitled *Farotte v. Safeway, Inc. et al.,* (Alameda County Superior Court Case No. RG 05205915). In the event that the Judge presiding over the Alameda County Superior Court approves such addition, Plaintiffs' counsel would plan to seek dismissal of the current matter without prejudice.

The parties are currently working on the above-referenced stipulation and therefore request that the case management conference set for December 17, 2008 be vacated and re-set in approximately sixty days. By this time the parties believe they will know whether Waterbury will be permitted to join the state court lawsuit.

Dated: December 12, 2008

*[signature]*
LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SAFEWAY INC.

Dated: December 12, 2008

*[signature]*
KEVIN ALLEN
SCOTT COLE & ASSOCIATES, APC
Attorneys for Plaintiffs

Firmwide:87748070.1 001153.1523

The Case Management Conference shall be continued to February 18, 2009 at 10:30a.m. The parties are to file updated statements one week prior to the conference.

IT IS SO ORDERED.

DATED: 12/16/08

*[signature]*
James Larson
Chief Magistrate Judge