1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Kevin R. Allen, Esq. (S.B. #237994)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone: (510) 891-9800
   Facsimile: (510) 891-7030
5  Web:    www.scalaw.com

6  Attorneys for Representative Plaintiffs
   and the Plaintiff Class
7
   R. Brian Dixon, Esq. (S.B. #76247)
8  Laura E. Hayward, Esq. (S.B. #204014)
   **LITTLER MENDELSON, APC**
9  650 California Street, 20th Floor
   San Francisco, California 94108
10 Telephone: (415) 433-1940
   Facsimile: (415) 743-6665
11 Email:  bdixon@littler.com

12 Attorneys for Defendant
   Safeway, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LACHLAN WATERBURY, KEN FAROTTE, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SAFEWAY, INC., and DOES 1 through 25, inclusive, <br><br> Defendants. | **Case No.: C 06 02072 JL** <br><br> **CLASS ACTION** <br><br> **STIPULATED [PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE AND REMOVING PENDING HEARING DATES** <br><br> Judge:  Hon. James Larson |

**WHEREAS** Plaintiffs Lachlan Waterbury and Ken Farotte ("Plaintiffs") and Defendant Safeway, Inc. ("Safeway") have agreed to litigate all of Plaintiffs' individual claims in the pending Alameda County Superior Court case entitled *Farotte v. Safeway, Inc.* (Case Number RG05205915);

1  **WHEREAS** on February 9, 2009, Plaintiffs Lachlan Waterbury and Ken Farotte filed a
2  Motion for Dismissal Without Prejudice of the current matter, setting the same for hearing on March
3  18, 2009 at 9:30 a.m.;

4  **WHEREAS** neither party is requesting a hearing on Plaintiffs' Motion for Dismissal
5  Without Prejudice and Defendant does not oppose said motion or the relief Plaintiffs requested
6  therein;

7  **WHEREAS** there is currently a Case Management Conference scheduled to take place in
8  this matter on February 18, 2009;

10 **IT IS THEREFORE STIPULATED AND AGREED**, by and between the parties hereto
11 through their attorneys of record, and subject to the approval of the Court pursuant to Local Rule
12 6-2, as follows:

13  1.  This action is dismissed without prejudice;
14  2.  No notice to putative class members is required;
15  3.  The parties shall bear their own costs;
16  4.  The February 18, 2009 Case Management Conference and the March 18, 2009
17 hearing for Plaintiffs' Motion for Dismissal Without Prejudice shall both be removed from the
18 Court's calendar.

20 **IT IS SO STIPULATED, THROUGH COUNSEL.**

22 Dated: February 11, 2009
    By:  /s/ Kevin R. Allen
23       Kevin R. Allen, Esq.
         **SCOTT COLE & ASSOCIATES, APC**
24       Attorneys for Plaintiffs

26 Dated: February 11, 2009
    By:  /s/ Laura E. Hayward
27       Laura E. Hayward, Esq.
         **LITTLER MENDELSON, APC**
28       Attorneys for Defendant Safeway, Inc.

- 2 -
Stipulated [Proposed] Order Removing Hearing Dates on Plaintiffs' Motion to Dismiss Without Prejudice

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 12, 2009         By: _____
                                     Honorable James Larson
                                     United States Magistrate Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800